**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| YOU VUE,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br><br>　　　　Defendants. | No. CV 10-3062 NJV<br><br>**ORDER REQUIRING PLAINTIFF TO FILE SUPPLEMENTAL INFORMATION REGARDING THE MOTION TO PROCEED *IN FORMA PAUPERIS***<br>(Docket No. 3) |

Plaintiff has filed a motion for leave to proceed *in forma pauperis* ("IFP"). (Doc. No. 3) In that application, Plaintiff indicates that (1) she receives or has received money from Federal or State welfare payments, Social Security or other government source; and (2) her husband receives or has received "SSI." However, Plaintiff has failed to indicate the amount of such payments in her IFP application, and without that information the Court cannot determine whether Plaintiff may proceed IFP. The Court orders Plaintiff to supplement the IFP application no later than Friday, July 30, 2010.

Dated: July 16, 2010

　　　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge