

Click to buy NOW! PDF-XChange www.docu-track.com

```
1  KENNETH J. COLLINS CSB 100579
   Attorney at Law
2  P.O. Box 1193
   Arcata, CA  95518
3  (707) 822-1611 fax 822-1044
   aew1950@yahoo.com
4  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YOU VUE,<br>            Plaintiff,<br><br>       vs.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br>            Defendant. | Case No.:  1:10-CV-03062-NJV<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff You Vue may have an extension until March 31, 2011, in which to file plaintiff's Notice of Motion for Summary Judgment.

This stipulation is entered into in order to provide sufficient time for Plaintiff to review the voluminous 421-page transcript and to prepare the Notice of Motion for Summary Judgment in this case.




1  Dated:  February 28, 2011                /s/ Kenneth J. Collins
                                            KENNETH J. COLLINS
2                                           Attorney for Plaintiff

3

4  Dated:  February 28, 2011                Melinda L. Haag
                                            United States Attorney
5                                           Lucille Gonzales Meis
                                            Regional Chief Counsel, Region IX
6                                           Social Security Administration

7                                   By:     /s/ Francesco P. Benavides
                                            FRANCESCO P. BENAVIDES
8                                           Special Assistant United State Attorney
                                            (as authorized by telephone on
9                                           February 28, 2011)

10

11  PURSUANT TO STIPULATION, IT IS SO ORDERED.

12

13  Dated: March 8, 2011

                                            Nandor J. Vadas
14                                          United States ~~District~~ Magistrate Judge

15

16

17

18

19

20

21

22

23

24