UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| YOU VUE,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant.<br>_____/ | No. CV 1:10-3062 NJV<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE NOTICE OF MOTION FOR SUMMARY JUDGMENT |

Pursuant to the stipulation of the parties filed March 31, 2011, Plaintiff is GRANTED an extension of time until April 15, 2011, in which to file Plaintiff's Notice of Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: April 1, 2011

                              NANDOR J. VADAS
                              United States Magistrate Judge