UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| YOU VUE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant.<br>_____/ | No. CV 1:10-3062 NJV<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |

　　Pursuant to the stipulation of the parties filed May 25, 2011, Plaintiff is GRANTED an extension of time until June 8, 2011, in which to file an opposition to Defendant's motion for summary judgment.

IT IS SO ORDERED.

Dated: June 3, 2011

　　　　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge