IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| YOU VUE,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant.               / | No. CV 10-3062 NJV<br><br>ORDER DIRECTING ENTRY OF JUDGMENT |

      The Clerk of the Court shall enter judgment for Plaintiff in accordance with the Order entered in this action on July 22, 2011, and shall close this case.

**IT IS SO ORDERED.**

Dated: July 26, 2011

                                              NANDOR J. VADAS<br>                                              United States Magistrate Judge